UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRITTANY INEMAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>KOHL'S CORP.,<br><br>      Defendant. | Case No. 14CV398 |

**STIPULATION REGARDING ARBITRATION-RELATED DISCOVERY AND BRIEFING SCHEDULE FOR MOTION TO COMPEL ARBITRATION**

WHEREAS, Defendant Kohl's Corp. ("Defendant") brought a Motion to Compel Arbitration of Plaintiff Brittany Ineman's claims on June 23, 2014;

WHEREAS, Plaintiff has requested, and Defendant has agreed to provide, certain limited arbitration-related discovery pursuant to the Federal Arbitration Act;

WHEREAS, the parties believe that such limited discovery will be completed within 60 days;

THEREFORE, the parties hereby jointly request a 60-day extension of the deadline for Plaintiff's brief in opposition to the Motion to Compel Arbitration, until and including September 12, 2014, and that Defendant may file any reply in support of its Motion to Compel Arbitration within two weeks of the date that Plaintiff files her brief in opposition.

| | |
|---|---|
| Dated: July 14, 2014<br><br>KELLEY DRYE<br><br>By: */s/ Lauri Mazzuchetti    /*<br>(per email authorization dated 7/14/14)<br>Lauri Mazzuchetti<br>Email:  lmazzuchetti@kelleydrye.com<br>Joseph Boyle<br>Email: jboyle@kelleydrye.com<br>200 Kimball Drive<br>Parsippany, NJ 07054<br>Telephone:  (973) 503-5900<br>Facsimile:  (973) 503-5950<br><br>*Attorneys for Defendant Kohl's Corporation* | Respectfully submitted,<br><br>By: */s/ Tamara B. Packard*<br>     Tamara B. Packard<br><br>CULLEN WESTON PINES & BACH LLP<br>Lester A. Pines, SBN 1016543<br>Email: pines@cwpb.com<br>Tamara B. Packard, SBN 1023111<br>Email: packard@cwpb.com<br>122 West Washington Avenue, Suite 900<br>Madison, WI 53703<br>Telephone: (866) 443-8661<br>Facsimile: (608) 251-2883<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Daniel M. Hutchinson<br>Email:  dhutchinson@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Jonathan D. Selbin<br>Email:  jselbin@lchb.com<br>Douglas I. Cuthbertson<br>Email:  dcuthbertson@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY  10013<br>Telephone:  (212) 355-9500<br>Facsimile:  (212) 355-9592<br><br>MEYER WILSON CO., LPA<br>Matthew R. Wilson<br>Email:  mwilson@meyerwilson.com<br>Michael J. Boyle, Jr.<br>Email:  mboyle@meyerwilson.com<br>1320 Dublin Road, Ste. 100<br>Columbus, Ohio 43215<br>Telephone:  (614) 224-6000<br>Facsimile:  (614) 224-6066<br><br>*Attorneys for Plaintiff Brittany Ineman and the Proposed Class* |