UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

BRITTANY INEMAN, individually and on
    behalf of all others similarly situated,

        Plaintiff,                                  Case No. 14-cv-398-wmc

v.

KOHL'S CORP.,

        Defendant.

## SUPPLEMENTAL JOINT PRELIMINARY PRETRIAL REPORT

WHEREAS, the parties and Court participated in a Preliminary Pretrial Conference on July 29, 2014, at which a trial date and summary judgment deadline were selected; and

WHEREAS, the Court invited the parties to submit a supplemental report outlining a schedule for other relevant pre-trial activities; and

WHEREAS, the parties have conferred and reached agreement on a schedule;

NOW THEREFORE, the parties jointly submit the following proposed schedule:

| | |
|---|---|
| September 12, 2014 | Plaintiff's Brief in Opposition to Motion to Compel Arbitration [per stipulation and Order (Dkt. 26 and 27)]. |
| September 26, 2014 | Defendant's Brief in Reply in support of Motion to Compel Arbitration [per stipulation and Order (Dkt. 26 and 27)]. |

** No discovery shall occur, except discovery related to the issue of arbitrability (as agreed to by the parties), unless and until the Court denies Defendant's motion to compel arbitration.

| | |
|---|---|
| December 19, 2014 | Parties' initial disclosures due. |

| | |
|---|---|
| January 20, 2015 | Deadline for amendments to pleadings allowed without cause. |
| April 20, 2015 | Plaintiffs' disclosure of expert witnesses (except damages and class liability experts), with reports per Rule 26(a)(2)(B). |
| June 1, 2015 | Defense disclosure of expert witnesses (except damages and class liability experts) with reports per Rule 26(a)(2)(B). |
| June 29, 2015 | Plaintiff's expert rebuttals due, if any. |
| July 8, 2015 | Deadline for class certification motion. |

Opposition to class certification motion shall be due within 30 days of the filing of the moving papers; replies shall be filed within 21 days of the opposition.

**Defendant reserves the right to object to discovery requests seeking the production of records/data related to the entire class on the basis that such records/data are not or will not become relevant unless and until a class is certified.

Plaintiff, on the other hand, does not believe that any such "class" versus "merits" restrictions should be placed on discovery in the abstract, and that any such considerations should be addressed, if at all, on a request-by-request basis.

| | |
|---|---|
| November 13, 2015 | Deadline for filing dispositive motions. |

Oppositions to dispositive motions shall be due within 30 days of the filing of the moving papers; replies shall be filed within 21 days of oppositions.

| | |
|---|---|
| January 18, 2016 | Plaintiffs' disclosure of damages and class liability expert witnesses, with reports per Rule 26(a)(2)(B). |
| February 15, 2016 | Defendant's disclosure of damages and class liability expert witnesses, with reports per Rule 26(a)(2)(B). |
| February 29, 2016 | Plaintiff's damages and class liability expert rebuttals due, if any. |
| March 28, 2016 | Close of discovery. |
| May 16, 2016 | Trial. |

| | |
|---|---|
| Dated: August 5, 2014 | Respectfully submitted, |
| KELLEY DRYE | MEYER WILSON CO., LPA |

| | |
|---|---|
| By:  */s/ Lauri Mazzuchetti (per email authorization 8/5/14)*<br>Lauri Mazzuchetti<br>Email:  lmazzuchetti@kelleydrye.com<br>Joseph Boyle<br>Email: jboyle@kelleydrye.com<br>200 Kimball Drive<br>Parsippany, NJ 07054<br>Telephone:  (973) 503-5900<br>Facsimile:  (973) 503-5950<br><br>*Attorneys for Defendant Kohl's Corporation* | By: */s/ Matthew R. Wilson*<br>Matthew R. Wilson<br>Email:  mwilson@meyerwilson.com<br>Michael J. Boyle, Jr.<br>Email:  mboyle@meyerwilson.com<br>1320 Dublin Road, Ste. 100<br>Columbus, Ohio 43215<br>Telephone:  (614) 224-6000<br>Facsimile:  (614) 224-6066<br><br>CULLEN WESTON PINES & BACH LLP<br>Lester A. Pines, SBN 1016543<br>Email: pines@cwpb.com<br>Tamara B. Packard, SBN 1023111<br>Email: packard@cwpb.com<br>122 West Washington Avenue, Suite 900<br>Madison, WI 53703<br>Telephone: (866) 443-8661<br>Facsimile: (608) 251-2883<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Daniel M. Hutchinson<br>Email:  dhutchinson@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Jonathan D. Selbin<br>Email:  jselbin@lchb.com<br>Douglas I. Cuthbertson<br>Email:  dcuthbertson@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY  10013<br>Telephone:  (212) 355-9500<br>Facsimile:  (212) 355-9592<br><br>*Attorneys for Plaintiff Brittany Ineman and the Proposed Class* |