# EXHIBIT A

# KELLEY DRYE & WARREN LLP

Payee:     Professional Video Services

Vendor ID:  34188

Check #:      618464   618464

Check Date:   Sep 30/14

| Invoice Num | Invoice Date | Invoice Narrative | Invoice Amount | Payment Amt |
|---|---|---|---|---|
| 8856 | Sep 17/14 | Deposition | 315.50 | 315.50 |
| | | Totals: | $315.50 | $315.50 |

**DELUXE** FOR BUSINESS   I-800-888-6327

Ref. No: G 70570096

# KELLEY DRYE & WARREN LLP
## CHECK REQUEST

| Please draw a check in the amount of | $ 315.50 | Payable to the order of | Professional Video Services |
|---|---|---|---|
| Vendor number | | Have you used this vendor in the past? ☒ Yes ☐ No | 940 South Ave West, Suite 2C, Westfield NJ 07090 |
| | | | Currency   Dollars |

**Special Instructions:**

**Explanation of Disbursement:**
Deposition transcript of Rebecca Hoeft 9/5/14

| Invoice Number | Invoice Date | Client/Matter or Office/Department | Employee Number | Expense Code | Phase.Task Code | Amount |
|---|---|---|---|---|---|---|
| 8856 | 9/17/2014 | 022642.0004 | 06004 | 000230 | E100.E115 | 315.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | **Total** | $ 315.50 |

| Prepared by | Marisol Castellanos | Date | 9/19/2014 | Mail check to payee? ☐ Yes ☒ No |
|---|---|---|---|---|
| Approved by | L. Mazzuchetti | Date | 9/19/2014 | Return check to name/location   Parsippany, NJ   M. Castellanos |

## ACCOUNTING DEPARTMENT USE ONLY

| Input by | | Reviewed by | |
|---|---|---|---|
| Check number | | Date | Void date |

**Please return the approved form to Accounts Payable, NY Room 2853**
NJ01/MAZZL/169199.1

# INVOICE

Professional Video Services/Network Court Reporting
10 South Ave W
C
estfield, NJ 07090
Phone: 866-256-1799   Fax:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8856 | 9/17/2014 | 6767 |
| **Job Date** | **Case No.** | |
| 9/5/2014 | | |
| **Case Name** | | |
| Brittany Ineman v. Kohl's Corp | | |
| **Payment Terms** | | |
| PAYMENT DUE UPON RECEIPT | | |

Lauri Mazzuchetti, Esq.
Kelley Drye Warren
200 Kimball Dr
Parsippany, NJ 07054

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Rebecca Hoeft | 70.00 | Pages | | 227.50 |
| Exhibit | 63.00 | Pages | | 63.00 |
| Shipping & Handling | 1.00 | | | 25.00 |
| | **TOTAL DUE >>>** | | | **$315.50** |

DUE UPON RECEIPT.

Thank you.  Your business is appreciated. We now accept Visa, Mastercard, and American Express.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Lauri Mazzuchetti, Esq.
Kelley Drye Warren
200 Kimball Dr
Parsippany, NJ 07054

Invoice No.    :  8856
Invoice Date  :  9/17/2014
**Total Due**    :  **$ 315.50**

Remit To: **Professional Video Services**
**940 South Ave West**
**Suite 2C**
**Westfield, NJ 07090**

Job No.      :  6767
BU ID        :  PVSN
Case No.     :
Case Name    :  Brittany Ineman v. Kohl's Corp

## Check Request Report Generated 10/20/2014 11:01:22 AM

| | | | |
|---|---|---|---|
| Check Request 0038981 | Status: Check Request Creation | Status Date: 10/20/14 11:01:16 AM | CMS Upload on: |
| **Priority: N/A** | **Instruction: Return check to Castellanos, Marisol** | | |
| Emp ID: 06004 | Emp Name: Mazzuchetti, Lauri | Prepare Date: 10/20/14 | Prepared By: Castellanos, Marisol |
| Review Date: | Reviewed By: | Approval Date: | Approved By: |
| **Vend No: 23368** | **Vend Name : Veritext** | Payee: Veritext | Due Date: |
| Inv No: CHI2142590 | Inv Date: 10/01/14 | Inv Amt: $459.65 | Due Amt: $459.65 |
| | | Client Bill Pmt Req'd: No | Foreign Currency: No |

Description: Deposition transcript fee for Brittany Forner on 9/26/14.
Special Instruction: Pls try to cut this check so it hits the next month's prebills. Thx

## Line Item Details

| Description | Amount | Client-Matter | Empl No | Office-Dept | Exp/Cost Code | Phase.Task |
|---|---|---|---|---|---|---|
| Deposition tramscript fee for Brittany Forner. | 459.65 | 022642-0004 | 06004 | 06 | 000230 | E100.E115 |

## Veritext Midwest

316 N. Milwaukee Street - Suite 575
Milwaukee WI 53202
Tel. 800-472-0445 Fax. 414-347-1166
Fed. Tax ID: 20-3132569



**Bill To:** Lauri A. Mazzuchetti, Esq
Kelley Drye & Warren LLP
200  Kimball Dr.

Parsippany, NJ, 07054-2173

| | |
|---|---|
| **Invoice #:** | CHI2142590 |
| **Invoice Date:** | 10/1/2014 |
| **Balance Due:** | $459.65 |

| | | |
|---|---|---|
| **Case:** | Ineman, Brittany, etc. v. Kohl's Corp. | **Client #:**    021973-0437 |
| **Job #:** | 1935800 | Job Date: 9/26/2014 | Delivery: Expedited | |
| **Billing Atty:** | Lauri A. Mazzuchetti, Esq | |
| **Location:** | Godfrey & Kahn, SC - 780 N Water St. | |
| | 780 N Water St.  |  17th Floor | Milwaukee, WI 53202-3590 | |
| **Sched Atty:** | Howard A. Pollack, Esq. | Godfrey & Kahn, SC | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 57.00 | $3.95 | $225.15 |
| | Transcript - Expedited Fee | Page | 57.00 | $2.00 | $114.00 |
| Brittany Forner | Exhibits | Per Page | 20.00 | $0.50 | $10.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $17.50 | $17.50 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $18.00 | $18.00 |
| | Attendance Fee | Hour | 1.00 | $75.00 | $75.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $459.65 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $459.65 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

### To pay online, go to
### www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2142590 |
| **Job #:** | 1935800 |
| **Invoice Date:** | 10/1/2014 |
| **Balance:** | $459.65 |